```
JULIE M. MCCOY, Bar No. 129640
LAW OFFICES OF JULIE M. MCCOY
JACQUELYNE M. NGUYEN, Bar No. 249658
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Patricia A. Clayton,<br><br>　　　　　Defendant | No. CV 11- **5726**<br><br>CONSENT JUDGMENT |

　　Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Patricia A. Clayton, in the principal amount of $3,376.27 plus interest accrued to May 26, 2011, in the sum of $2,408.52; with interest accruing thereafter at 7% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$5,784.79**.

DATED: July 20, 2011　　　　By:　　　Terry Nafisi
　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　　A. Martinez
　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　United States District Court